IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


BRENDA C. WRIGHT,                      )
                                       )
v.                                     )          1:11-0039
                                       )
MICHAEL J. ASTRUE, Commissioner of     )
Social Security                        )


# O R D E R

The Court has read and considered Defendant's Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), With Remand To Defendant, Document #16, and Defendant's Memorandum in Support of Motion, Document #17.  No objections have been filed  by Plaintiff.

Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand To Defendant, Document #16, is **GRANTED**, and this case is reversed and  remanded for proper application of the Dennard and Drummond Acquiescence Rulings 98-3(6) and 98-4(6); further consideration of Dr. Gale's medical opinion; further evaluation of claimant's alleged mental condition, particularly with respect to the severity of the post-traumatic stress disorder and dependent personality disorder; and to obtain supplemental vocational expert testimony in accordance with Agency policy.

It is so **ORDERED**.

_Thomas A. Wiseman Jr._

Thomas A. Wiseman, Jr.
Senior U.S. District Judge