IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRENDA C. WRIGHT, ) | |
| ) | |
| v. ) | 1:11-0039 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |

**O R D E R**

The Court has read and considered Defendant's Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), With Remand To Defendant, Document #16, and Defendant's Memorandum in Support of Motion, Document #17. No objections have been filed by Plaintiff.

Defendant's Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand To Defendant, Document #16, is **GRANTED**, and this case is reversed and remanded for proper application of the Dennard and Drummond Acquiescence Rulings 98-3(6) and 98-4(6); further consideration of Dr. Gale's medical opinion; further evaluation of claimant's alleged mental condition, particularly with respect to the severity of the post-traumatic stress disorder and dependent personality disorder; and to obtain supplemental vocational expert testimony in accordance with Agency policy.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge